[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**FILED**
DEC 26 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Aprill L WAR
_____

Plaintiff(s),

v.

United Airlines
Chicago, IL

Defendant(s).

Case Number: _____

24-cv-13248
Judge Sara L. Ellis
Magistrate Judge M. David Weisman
Random Cat 2

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is __April L Ward__ of the county of __Kent__ in the state of __MI__.

3. The defendant is __United Airlines__, whose street address is __233 Wacker Dr__,
(city) __Chicago__ (county) __Cook__ (state) __IL__ (ZIP) __60606__
(Defendant's telephone number) __(800) 367-5690__

4. The plaintiff sought employment or was employed by the defendant at (street address) __Chicago O'Hara Airport__ (city) __Chicago International Airport__ 
(county) __Cook__ (state) __IL__ (ZIP code) __60666__

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

   (a) ☐ was denied employment by the defendant.

   (b) ☐ was hired and is still employed by the defendant.

   (c) ☒ was employed but is no longer employed by the defendant. Terminated 2/2/2024

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) Dec, (day) 31, (year) 2023

7.1 (*Choose paragraph 7.1 or 7.2, do not complete both*.)

   (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐ has ☒ *has not* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

   (i) ☐ the United States Equal Employment Opportunity Commission, on or about

   (month)_____ (day)_____ (year)_____.

   (ii) ☐ the Illinois Department of Human Rights, on or about

   (month) 09 (day) 17 (year) 2024

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days.**

   It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

   This is a FAA whistleblower from who reported United Airlines to FAA, and United was fined, I was terminated after 33 years of employment

7.2 The defendant is a federal governmental agency, and

   (a) the plaintiff previously filed a Complaint of Employment Discrimination with the

   Yes = See copies

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981). Age and Retaliation

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983). N/A

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the ADA by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791; and for the ADEA, 29 U.S.C. § 626(c).

12. The defendant [*check only those that apply*]
(a) ☐ failed to hire the plaintiff.
(b) ☒ terminated the plaintiff's employment. Due TO Retaliation
(c) ☐ failed to promote the plaintiff.
(d) ☐ failed to reasonably accommodate the plaintiff's religion.
(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.
(f) ☒ failed to stop harassment; Harass Giving me the F-you Finger see pic
(g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above; Fired me before a investigation was made 3-4 Day After
(h) ☐ other (specify): _____

my Reporting to FAA was made

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint. AND

☐ Yes (month) 12 (day) 31 (year) 2024 retaliation

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month) 09 (day) 24 (year) 2024

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☒ Yes   ☐ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☒ Yes   ☐ N0, but a copy will be filed within 14 days.

See copy

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue*.

(b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) 09 (day) 24 (year) 2024 a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☒ Age (Age Discrimination Employment Act). / Retaliation due to FAA violation

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

United Airline purser who wrok me up waited to write me up after I was terminated by United. He added, info that was not true, and left out the fact he violated FAA policy

13. The facts supporting the plaintiff's claim of discrimination are as follows: And United did nothing

As soon as I spoke with my supervisor, that I would be reporting the several FAA Safety violations, to the FAA, Two Days later before a investigation took place I was, terminated, United tried to cover up FAA protocal.

14. *[AGE DISCRIMINATION ONLY]* Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☑ Yes ☐ No

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

   (a) ☐ Direct the defendant to hire the plaintiff.

   (b) ☐ Direct the defendant to re-employ the plaintiff.

   (c) ☐ Direct the defendant to promote the plaintiff.

   (d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

   (e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

   (f) ☑ Direct the defendant to (specify): Retire me with my loss wages profit sharing w/ Interest and Emotional, and Physical pain due to stress, After 33 Years of Employment.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]
Rev. 06/27/2016

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

___You have a copy of my___
___purser (\_\_\_\_\_ giving me the___
___F. you finger, United did nothing___
___TO disap___

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒ Grant such other relief as the Court may find appropriate.

_____
(Plaintiff's signature)

__April L Ward__
(Plaintiff's name)

__2917 Cabot Dr SG__
(Plaintiff's street address)

(City)__Kentwood__ (State)__MI__ (ZIP)__49512__

(Plaintiff's telephone number) __847  971.1030__

Date: __12.20.2024__

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

6

You must see the FAA Report it shows that United Airlines purser and Capt did not follow mandate safety protocol policies and procedures. The Capt through the purser under the Bus to save himself. United did nothing to dicipline the purser, and Capt. The purser lied to United to cover up the truth. United did nothing, and the Union let it happen. Please get a copy of the FAA Report to verify United cover up.

Thank you

April L. Ward







PRIORITY MAIL EXPRESS
FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

12262407790

**FOR DOMESTIC AND INTERNATIONAL USE**
**PLACE MAILING LABEL HERE**

- Guaranteed delivery date.*
- Guaranteed delivery time.‡
- USPS Tracking® service included for domestic and many international destinations.
- Pick up available.
- Domestic shipments include $100 of insurance (restrictions apply).**
- Signature included upon request.

*Money Back Guarantee to U.S., select APO/FPO/DPO and select International destinations. See DMM and IMM at pe.usps.com for complete details.

**Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

‡Money Back Guarantee for U.S. destinations only.

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



PS10001000006    EP13F October 2023
OD: 12 1/2 x 9 1/2





This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; October 2023; All rights reserved.